2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

**B-97cv39**

| | | |
|---|---|---|
| Marine Salvage & Services, Inc., | § | |
| Little Lady, Inc. & La Ultima Vez, Inc. | § | Dennis M. Sanchez |
|     Plaintiff | § | |
| | § | |
| | § | |
| vs | § | |
| | § | |
| A.B.S. Marine Towing & Salvage, Inc. | | |
| The Von Bulow Corporation, Patricia Galliganl, | | |
| Nick (BUD ) Pauley, William Lennssen, in personam | | |
|     Defendant | | |

**TAKE NOTCE** that proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

## SHOW CAUSE HEARING BEFORE:

## THE HONORABLE FILEMON B. VELA

PLACE:                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR**
**COURTROOM**
**500 E. 10th Street**
**Brownsville, TX 78520**                          DATE AND TIME:

                                                   **OCTOBER 29, 1998 AT 8:30 A.M.**

MICHAEL N. MILBLY, U. S. District Clerk

by: _M.P. Leama_____
    Deputy Clerk