IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 26 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARINE SALVAGE & SERVICES, INC., § <br> LITTLE LADY, INC., LA ULTIMA § <br> VEZ, INC., and WILLIAM E. § <br> KENON, JR., § <br>     Plaintiffs, § <br> § <br> VS. § <br> § <br> A.B.S. MARINE TOWING & SALVAGE, § <br> INC., THE VON BULOW CORPORATION, § <br> PATRICIA GALLIGAN, NICK (BUD) <br> PAULEY, AND WILLIAM LENSSEN, § <br> in personam, § <br>     Defendants § | CIVIL ACTION NO. B-97-39 |

### ORDER OF NON-SUIT

CAME ON TO BE CONSIDERED on this 26th day of October, 1998, the Plaintiffs' Motion for Non-Suit. This Court is of the opinion said motion should be granted. It is therefore,

ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion for Non-Suit be granted in the above-styled and numbered cause, and that all claims now pending in this cause of action be dismissed without prejudice to Plaintiffs to file any same or similar action.

Court costs are hereby adjudged against the Plaintiffs.

_____
Judge Presiding

---

Order of Non-Suit

L:\DATA\D16\16441\Ord of Non-Suit.wpd            Page 1 of One